**Order entered January 23, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01136-CR
## No. 05-19-01161-CR

### MARGARITO MARTIN GARCIA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F18-71156-N & F18-71157-N

## ORDER

The reporter's record was due December 20, 2019. When it was not filed, we notified court reporter Velma Loza that it was overdue and directed her to file it within thirty days. In response, Ms. Loza notified the Court that the court reporter is Karren Jones.

We **ORDER** Karren Jones to file the reporter's record on or before **February 21, 2020**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Hector Garza, Presiding Judge, 195th Judicial District Court; to Velma Loza, official court reporter, 195th Judicial District Court; to Karren Jones, court reporter, Auxiliary Court No.1; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE